1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9

10    DEFENDERS, LLC,                          Case No.:  20-CV-1892-BEN-BGS

11                    Plaintiff,
                                               **ORDER GRANTING MOTION TO**
12    v.                                       **EXTEND DEFENDANTS' TIME TO**
                                               **RESPOND TO COMPLAINT**
13    MPELL SOLUTIONS, LLC,
      HOMEDAWG, LLC and ORAN M.
14    THOMAS,
                                               **[ECF No. 6]**
15                    Defendants.

16

17        The Parties' filed a Joint Motion to extend Defendants Mpell Solutions, LLC,

18   Homedawg, LLC, and Oran M. Thomas's time to respond to the Complaint filed by

19   Plaintiff Defenders, LLC.  ECF No. 6.  Good cause appearing, the Court **GRANTS** the

20   motion.  Defendants may file their answer or responsive pleading on or before December

21   22, 2020.

22        **IT IS SO ORDERED.**

23

24   Dated: December 2, 2020                   _____

25                                             **HON. ROGER T. BENITEZ**
                                               United States District Judge
26

27

28

1