UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MPELL SOLUTIONS, LLC, HOMEDAWG, LLC and ORAN M. THOMAS,<br><br>    Defendants. | Case No.: 20-CV-1892-BEN-BGS<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 8] |

  The Parties filed a Second Joint Motion to extend Defendants Mpell Solutions, LLC, Homedawg, LLC, and Oran M. Thomas's time to respond to the Complaint filed by Plaintiff Defenders, LLC. ECF No. 8. In support, the Parties assert they have reached a settlement in principle and seek extension to January 15, 2021, to finalize their agreement and dismiss the Complaint with prejudice. Good cause appearing, the Court **GRANTS** the Motion. No further extensions of time shall be granted.

  **IT IS SO ORDERED.**

Dated: January 6, 2021

                  HON. ROGER T. BENITEZ
                  United States District Judge